**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02201-GPG

E.A.S., a/k/a L.A.S., a minor,

    Plaintiff,

v.

ERIK JULIUS,
ERIN JACOBS, and
VALERIA KRIER,

    Defendants.

## APPOINTMENT ORDER

Plaintiff, a detainee at the Platte Valley Youth Services Center in Greeley, Colorado, initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3). Because Plaintiff is a minor, Plaintiff lacks the legal capacity to proceed *pro se*. *See* Fed. R. Civ. P. 17(c). Furthermore, "[t]he court must appoint a guardian ad litem – or issue another appropriate order – to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2). Therefore, on October 7, 2015, the court entered an order directing the clerk of the court to appoint a guardian ad litem to represent Plaintiff in this action. On October 16, 2015, a Notice of Appointment (ECF No. 5) was entered indicating that attorney Meghan Baker has agreed to act as guardian ad litem in this action.

On October 20, 2015, Plaintiff filed *pro se* "Plaintiff's Motion to Order that U.S. Marshal Issuance of Summons and Other Process Upon the Defendants" (ECF No. 6) and "Plaintiff's Motion to Order Appointment of Pro Bono Legal Representation" (ECF No. 7). On November 16, 2015, Ms. Baker filed a document titled "Guardian Ad Litem's Motion to Appoint Legal Counsel on a Pro Bono Basis, Reserve Right to File Amended Complaint, and Status Update" (ECF No. 8). Ms. Baker indicates that appointment of counsel is necessary to proceed in this action and the court agrees that appointment of counsel is appropriate at this time.

In accordance with D.C.COLO.LAttyR 15 of the U.S. District Court's Local Rules, the Court hereby conditionally determines that Plaintiff merits appointment of counsel drawn from the Civil Pro Bono Panel. The Court is satisfied that the following factors and considerations have been met:

1) the nature and complexity of the action;

2) the potential merit of the claims or defenses of the unrepresented party;

3) the demonstrated inability of the unrepresented party to retain an attorney by other means; and

4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel.

Accordingly, it is

ORDERED that the motions for appointment of pro bono counsel (ECF Nos. 7 and 8) are granted. It is

FURTHER ORDERED that the Clerk shall select, notify, and appoint counsel to represent Plaintiff in this civil matter. Plaintiff is advised that the clerk will select counsel

from the Panel; however, there is no guarantee that Panel members will undertake representation in every case selected as part of the Pilot Program.  The Court cautions that Plaintiff is responsible for all scheduled matters, including hearings, depositions, motions and trial.

Should the Clerk identify counsel willing to represent Plaintiff in this matter, said counsel shall undertake a review of Plaintiff's ability to retain counsel by other means and the merits of Plaintiff's claims.   In the event said counsel determines that Plaintiff either is able to retain an attorney without the Court's assistance, or that Plaintiff's claims are substantially lacking in merit, said counsel shall notify the Court immediately and may request to be withdrawn as counsel of record in this matter.   It is

FURTHER ORDERED that "Plaintiff's Motion to Order that U.S. Marshal Issuance of Summons and Other Process Upon the Defendants" (ECF No. 6) is DENIED at this time.

DATED November 17, 2015, at Denver, Colorado.

BY THE COURT:

Gordon P. Gallagher
United States Magistrate Judge