**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02201-GPG

E.A.S., a/k/a L.A.S., a minor,

    Plaintiff,

v.

ERIK JULIUS,
ERIN JACOBS, and
VALERIA KRIER,

    Defendants.

---

ORDER

---

This matter is before the Court on Plaintiff's amended motion for a protection order (ECF No. 12) filed *pro se* on February 5, 2016.  The amended motion supersedes Plaintiff's prior *pro se* motion for a protection order (ECF No. 11) filed February 1, 2016, which will be denied as moot.

Plaintiff is in the custody of the Colorado Department of Human Services, Division of Youth Corrections.  Plaintiff initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1) pursuant to 42 U.S.C. § 1983.  Plaintiff contends in the Prisoner Complaint that her constitutional rights have been violated at the Platte Valley Youth Services Center in Greeley, Colorado, because she is denied access to local newspapers and television news.

Because Plaintiff is a minor, Plaintiff lacks the legal capacity to proceed *pro se*. *See* Fed. R. Civ. P. 17(c).  Therefore, on October 7, 2015, Magistrate Judge Gordon P.

Gallagher entered an order directing the clerk of the court to appoint a guardian ad litem to represent Plaintiff in this action.   On October 16, 2015, a Notice of Appointment (ECF No. 5) was entered indicating that attorney Meghan Baker has agreed to act as guardian ad litem in this action.   On November 17, 2015, Magistrate Judge Gallagher entered an order granting Plaintiff's motions for appointment of pro bono counsel and directing the clerk of the court to select, notify, and appoint counsel from the Civil Pro Bono Panel to represent Plaintiff.   On March 3, 2016, attorney Chuan ("CiCi") Cheng entered her appearance on behalf of Plaintiff in this action.

Plaintiff alleges in the amended motion for a protection order that she is seeking a protection order "on the grounds [that] since this lawsuit was filed the defendants have become very un-caring, 'picking on plaintiff', deliberate indifference to plaintiff's well-being."   (ECF No. 12 at 1.)   The amended motion for a protection order will be denied without prejudice because Plaintiff lacks the legal capacity to file the motion *pro se*.   Because Plaintiff now is represented by counsel, counsel will be directed to file an amended complaint and any other appropriate motions.   Accordingly, it is

ORDERED that the motion for protection order (ECF No. 11) is denied as moot.   It is

FURTHER ORDERED that the amended motion for protection order (ECF No. 12) is denied.   It is

FURTHER ORDERED that Plaintiff shall file an amended complaint within thirty days from the date of this order.

DATED March 31, 2016, at Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court